No. 323, October Term, 1959. HUNT OIL CO. *v.* FEDERAL POWER COMMISSION, 363 U. S. 841;

No. 340, October Term, 1959. SCOTT ET AL. *v.* UNION PRODUCING CO. ET AL., 363 U. S. 842;

No. 352, October Term, 1959. SOCONY MOBIL OIL CO., INC., *v.* FEDERAL POWER COMMISSION, 363 U. S. 842;

No. 368, October Term, 1959. HUMBLE OIL & REFINING CO. *v.* FEDERAL POWER COMMISSION, 363 U. S. 842;

No. 503, October Term, 1959. UNITED STATES *v.* GRAND RIVER DAM AUTHORITY, 363 U. S. 229;

No. 549, October Term, 1959. HANNAH ET AL. *v.* LARCHE ET AL., 363 U. S. 420;

No. 550, October Term, 1959. HANNAH ET AL. *v.* SLAWSON ET AL., 363 U. S. 420;

No. 663, October Term, 1959. GINSBURG *v.* GOURLEY, CHIEF JUDGE, U. S. DISTRICT COURT, 362 U. S. 917;

No. 730, October Term, 1959. KICAK *v.* OHIO, 362 U. S. 949;

No. 744, October Term, 1959. OLSHAUSEN *v.* COMMISSIONER OF INTERNAL REVENUE, 363 U. S. 820;

No. 824, October Term, 1959. KRESHIK ET AL. *v.* SAINT NICHOLAS CATHEDRAL OF THE RUSSIAN ORTHODOX CHURCH OF NORTH AMERICA, 363 U. S. 190;

No. 852, October Term, 1959. BERNSTEIN ET AL. *v.* REAL ESTATE COMMISSION OF MARYLAND ET AL., 363 U. S. 419;

No. 895, October Term, 1959. LIVINGSTON ET AL. *v.* UNITED STATES ET AL., *ante,* p. 281; and

No. 991, October Term, 1959. QUIRKE *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL., 363 U. S. 845. Petitions for rehearing denied.

No. 30, October Term, 1959. OHIO EX REL. EATON *v.* PRICE, CHIEF OF POLICE, *ante,* p. 263. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.